**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                                   CASE NO. :4:07-CR-053-SPM

GENE AMBERT,

       Defendant.
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 33) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the Defendant, **GENE AMBERT**, to Count One of the superceding indictment (doc. 20) is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this twelfth day of December, 2007.

                                                      *s/ Stephan P. Mickle*
                                                      Stephan P. Mickle
                                                      United States District Judge