IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                        CASE NO. :4:07-CR-053-SPM

GENE AMBERT,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

**THIS CAUSE** comes before the Court upon Defendant's "Second Motion to Continue Sentencing" (doc. 41). Defendant requests a sixty (60) day continuance, citing the need for more time for the Defendant's expert to complete a report. This expert witness will be called at the sentencing to analyze the case discovery and respond to the Government expert who is scheduled to appear at the sentencing hearing. The Government does not oppose the granting of this motion.

Finding good cause for the postponement, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue (doc. 41) is hereby *granted*.

2.     Sentencing is reset for **_Monday, April 21, 2008_** at **1:30 pm** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this fourteenth day of February, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge