IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   Case No. 4:07cr53-MW/CAS

GENE FELIX AMBERT,

    Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.80, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 83.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate, set aside or correct sentence, ECF No. 71, is **DENIED and DISMISSED as untimely**.  The Government's Motion to Dismiss, ECF No. 74, is **GRANTED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on July 1, 2015.**

                                             **s/Mark E. Walker          **
                                             **United States District Judge**